IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

---

| | | |
|---|---|---|
| HOWARD J. HASKETT and KATHLEEN M. HASKETT, | ) ) ) | Cause No. CV-21-068-BMM |
| Plaintiffs, | ) ) ) | THE HON. BRIAN MORRIS |
| -vs.- | ) ) ) | |
| AMERICAN HOME CENTERS, LLC; KIT HOMEBUILDERS WEST, LLC, BENNETT TRUCK TRANSPORT, LLC; and JOHN DOES 2-5, | ) ) ) ) ) ) ) | **ORDER OF CLARIFICATION** |
| Defendants. | ) | |

---

Based upon request made by Defendant American Home Centers, LLC, and good cause appearing therefore, it is hereby clarified that with regards to the December 13, 2022 trial. IT IS HEREBY ORDERED that the trial in the above-matter is set in Butte, Montana, at the Mike Mansfield Federal Courthouse.

DATED this 29th day of November, 2021.

*/s/ Brian Morris*

Brian Morris, Chief District Judge
United States District Court

ORDER OF CLARIFICATION