IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

---

| | |
|---|---|
| HOWARD J. HASKETT and KATHLEEN M. HASKETT, | Cause No. CV-21-068-BMM |
| Plaintiffs, | THE HON. BRIAN MORRIS |
| -vs.- | **ORDER OF DISMISSAL** |
| AMERICAN HOME CENTERS, LLC; KIT HOMEBUILDERS WEST, LLC, BENNETT TRUCK TRANSPORT, LLC; and JOHN DOES 2-5, | |
| Defendants. | |

---

Upon stipulation of the parties and good cause appearing therefor,

IT IS HEREBY ORDERED that the above matter be dismissed with prejudice as fully and finally settled on the merits, each party to bear its own costs and attorneys' fees incurred herein.

DATED this 26th day of June, 2023.

*/s/ Brian Morris*

Brian Morris, Chief District Judge
United States District Court

Page 1